## WILLIAM PALEN, RECEIVER OF HENRY BANGE, APPELLANT, *v.* EZRA L. BUSHNELL, RESPONDENT.

*Debtor — assignment of property to creditor for benefit of — recovery in such cases — amount of — by receiver.*

When the evidence shows that the debtor transferred property to his creditor not only to pay the debt due him, but for the purpose of preventing his other creditors from appropriating any part of it to the payment of debts due themselves, *held,* that the creditor should be required to pay over all the property received in excess of his claim.

APPEAL from judgment, entered on the report of a referee in the Supreme Court, in favor of defendant.

*F. R. Sherman,* for the appellant.

*John H. Strahan,* for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and DONOHUE, J., concurred.

Judgment reversed; new trial ordered.